UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARL REED, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:09-1163 |
| ) | Judge Echols |
| RUTHERFORD CIRCUIT COURT, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After Plaintiffs, pro se, filed this suit against various courts and individuals in Rutherford County, Tennessee for the alleged "deprivation of civil and statutory rights under color of authority and under color of law," (Docket Entry No. 1 at 1), the Magistrate Judge conducted a frivolity review under 28 U.S.C. § 1915(e) and entered a Report and Recommendation (Docket Entry No. 4) which recommends that the Complaint be dismissed for failure to state a claim. Despite being apprised of their right to object to the R & R, Plaintiffs have filed no objections.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b). In this case, after reviewing the Complaint, the Court finds that the Magistrate Judge was correct in determining that Plaintiff's Complaint fails to state a claim upon which relief may be granted because Plaintiffs' Complaint consists entirely of legal conclusions and contains no facts. See, Ashcroft v. Iqbal, 129 S.Ct. 1937 (2009).

Accordingly, the Court rules as follows:

(1) The R & R (Docket Entry No. 4) is hereby ACCEPTED AND APPROVED; and

(2) Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE in accordance with 28 U.S.C. § 1915(e)(2)(b) because it fails to state a claim on which relief may be granted.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE